167 So.2d 826

**STATE of Louisiana**

v.

**Donald Leroy SHUMATE.**

No. 47500.

Oct. 15, 1964.

In re: Donald L. Shumate applying for writs of certiorari, prohibition and mandamus.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.